# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Military Aircraft Parts ) | ASBCA No. 60308 |
| ) | |
| Under Contract Nos. SPM4A7-08-M-4911 ) | |
| SPM4A7-10-M-B671 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Robert E. Marin
                                  President

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                  Edward R. Murray, Esq.
                                  Jason D. Morgan, Esq.
                                    Trial Attorneys
                                    DLA Aviation
                                    Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 July 2017

*James R. Sweet*

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60308, Appeal of Military Aircraft Parts, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals